

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00179-CV

**IN THE INTEREST OF K.K.O.**, K.Z.B., Q.K.B., and A.E.B., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02560
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: September 8, 2021

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, and appellee has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM